UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACOB SMITH,<br><br>                            Plaintiff,<br>   v.<br><br>ISIDRO BACA, *et al.*,<br><br>                            Defendants. | 3:22-cv-00522-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 12 |

Before the court is Plaintiff's Motion to Substitute True Names of Doe Defendants. (ECF No. 12.) Plaintiff states that he has identified the true names of the NDOC Director Doe and Caseworker Doe named in Plaintiff's Complaint pursuant to the court's Screening Order (ECF No. 3).

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Substitute True Names of Doe Defendants (ECF No. 12) is **GRANTED** to the extent that Defendant Steve Daniels is substituted for NDOC Director Doe and Edward Gibson is substituted for Caseworker Doe named in Plaintiff's Complaint. (*See*, Screening Order, ECF No. 3 at 5.)

**IT IS FURTHER ORDERED** that within **twenty (20) days** from the date of this Order, the Attorney General's Office shall file a notice advising the court and Plaintiff whether it will accept service for each of the Defendants. If there is any Defendant for whom the Attorney General's Office does not accept service, the Attorney General's Office shall file the last known address for such Defendant(s) under seal (but shall not serve the inmate Plaintiff). If the last known address is a post office box, the Attorney General's Office shall attempt to obtain and provide a last known physical

address. If a last known address is filed under seal for any Defendant, the court will request that the U.S. Marshal Service attempt service on the Defendant at that address.

**IT IS FURTHER ORDERED** that if there is a Defendant for whom the Attorney General's Office does not accept service, and there is no last known address, or the U.S. Marshal is unsuccessful in serving the Defendant at the last known address provided, Plaintiff shall file a motion identifying the unserved Defendant(s), requesting issuance of a summons, and specifying the full name as well as an address for the defendant(s).

**IT IS FURTHER ORDERED** that if the Attorney General accepts service for any Defendant, such Defendant shall file and serve an answer or other response to Plaintiff's Complaint within **forty-five (45) days** from the date of this Order.

DATED: August 24, 2023.

_____
UNITED STATES MAGISTRATE JUDGE