# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACOB SMITH,<br><br>            Plaintiff,<br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>            Defendants. | 3:22-cv-00522-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 17 |

Before the court is Plaintiff's Response to Defendant's Answer to Plaintiff's Complaint. (ECF No. 17.)

Neither the Federal Rules of Civil Procedure nor the Local Rules of Practice permit the filing of a reply to an answer. *See* Fed. R. Civ. P. 7(a).

Therefore, Plaintiff's Response to Defendant's Answer to Plaintiff's Complaint (ECF No. 17) is **STRICKEN**.

DATED:  August 28, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1