UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JACOB SMITH,<br><br>                    Plaintiff,<br><br>   v.<br><br>ISIDRO BACA, et al.,<br><br>                    Defendants. | 3:22-cv-00522-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 37 |

Before the court is Plaintiff's Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment. (ECF No. 37.)

Good cause appearing, Plaintiff's Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment (ECF No. 37) is **GRANTED** to the extent that Plaintiff shall have to and including **Monday, July 29, 2024**, in which to file a response to Defendants' Motion for Summary Judgment (ECF No. 32).

**IT IS SO ORDERED.**

DATED: July 12, 2024.

_____
Craig S. Denney
United States Magistrate Judge