UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACOB SMITH,<br><br>                               Plaintiff,<br>    v.<br>ISIDRO BACA, *et al.*,<br>                               Defendants. | Case No. 3:22-cv-00522-MMD-CSD<br><br>ORDER |

*Pro se* Plaintiff Jacob Smith, incarcerated in the custody of the Nevada Department of Corrections ("NDOC"), filed this case under 42 U.S.C. § 1983 alleging that NDOC officials violated his constitutional rights by knowingly transferring inmates with COVID-19 into his housing unit and infecting him with COVID-19. (ECF Nos. 3, 4.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney (ECF No. 43), recommending the Court deny Defendants' motion for summary judgment (ECF No. 32). To date, no objections to the R&R have been filed. Because there is no objection, and as further explained below, the Court will adopt the R&R.

Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)). Judge Denney recommends the Court deny Defendants' summary judgment motion because he found that Plaintiff, "raised a genuine dispute of material fact as to whether Defendants responded reasonably to abate the COVID-19-related risk of harm to Plaintiff or whether they

disregarded a substantial risk of harm." (ECF No. 43 at 8.) Having reviewed the R&R, Judge Denney did not clearly err.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 43) is accepted and adopted in full.

It is further ordered that Defendants' motion for summary judgment (ECF No. 32) is denied.

It is further ordered that the Court finds it appropriate to refer this case for a settlement conference before Judge Denney under LR 16-5. If this case does not settle at the settlement conference, the Joint Pretrial Order is due within 30 days of the date the settlement conference is held.

DATED THIS 20th Day of November 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE